**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7201**

_____

EDWARD GERMAINE SAUNDERS,

Petitioner - Appellant,

v.

HAROLD W. CLARKE, Director, Virginia Department of Corrections,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:19-cv-00166-MFU-JCH)

_____

Submitted:  April 25, 2023                    Decided:  April 28, 2023

_____

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward Germaine Saunders, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Germaine Saunders appeals the district court's order denying as untimely his Fed. R. Civ. P. 60(b)(6) motions for relief from the district court's prior order denying relief on his 28 U.S.C. § 2254 petition. We review the district court's denial of a Rule 60(b) motion for abuse of discretion. *See Aikens v. Ingram*, 652 F.3d 496, 501 (4th Cir. 2011) (en banc). A motion under Rule 60(b)(6) "must be made within a reasonable time" after entry of the underlying judgment or order. Upon review, we discern no abuse of discretion in the district court's denial of Saunders' motions. Accordingly, we affirm the district court's order.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] A certificate of appealability is unnecessary when we affirm the denial of a Rule 60(b) motion "only on timeliness grounds." *United States v. Williams*, 56 F.4th 366, 370 n.3 (4th Cir. 2023).